IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KASHANDRA CARROLL                                                                                  PLAINTIFF
*On behalf of*
H.K.F.., A MINOR

vs.                                               Civil No. 1:13-cv-01015

CAROLYN COLVIN                                                                                     DEFENDANT
Commissioner, Social Security Administration

## ORDER

    Before the Court is the Report and Recommendation filed on May 16, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends Defendant's Motion to Dismiss (ECF No. 8) be **GRANTED**. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    The Court has reviewed this case, and being well and sufficiently advised, finds the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, (ECF No. 9) and finds Defendant's Motion to Dismiss (ECF No. 8) should be **GRANTED**. Plaintiff's case is dismissed with prejudice.

    **IT IS SO ORDERED**, this 5th day of June, 2013.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge